# EXHIBIT C

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Bluewater-Controlled Writer(s)** | **Bluewater-Controlled Publisher(s)** | **Copyright Registration #** |
| A FINE SET OF WHEELS | BREMNER, BILLY | MIGHTY NICE MUSIC | PA0000970345 |
| A SAFE PLACE TO FALL | MILLER, DEAN | MIGHTY NICE MUSIC | PA0000942268 |
| A SIMPLE TEST OF FAITH | TRICE, JAMES | STREET SINGER MUSIC | PA0001388089 |
| A SMILE IS A FROWN | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000991400 |
| ACHE IN THE HEART | KREKEL, TIM | MIGHTY NICE MUSIC | PA0000970334 |
| AFTER ALL THESE YEARS | RICHEY, KIM | MIGHTY NICE MUSIC | PA0000986924 |
| AGE OF CONTAMINATION | FLANAGAN, HARLEY FRANCIS | DREAM CITY MUSIC | PA0001686142 |
| AIN'T NO EASY ROADS | JONES, DAVID LYNN | MIGHTY NICE MUSIC, SKUNK DEVILLE MUSIC | PA0000471404 |
| AIN'T YOUR MEMORY GOT NO PLACE TO GO | MORRISON, BOB | SOUTHERN DAYS MUSIC | PA0000495887 |
| AIR DOES WORK | SELBY, MICHELLE / SELBY, MONTE / NORRIS, JILL | STREET SINGER MUSIC, CLASHING PLAIDS | PA0001739250 |
| AL SH'LOSHA D'VARIM | GOODIS, ALAN | STREET SINGER MUSIC, O'GOODIS INDUSTRIES WORLDWIDE | PA0002007621 |
| ALL MY FRIENDS | MECKEL, NATHAN | CLASHING PLAIDS | PA0001839337 |
| ALONE IN A CROWD | WOOD, CARTER | SCRAMBLER MUSIC | PA0001111676 |
| ALWAYS ON THE OUTSIDE | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000767297 |
| AM I A SOLDIER OF THE CROSS | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000805536 |
| AMERICA | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000158938 |
| AMERICA THE BEAUTIFUL | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000158939 |
| AND A RAINBOW | KOHNHORST, ALLEN | MIGHTY NICE MUSIC | PA0001034606 |
| ANGEL | TRICE, JACK | STREET SINGER MUSIC | PA0001032915 |
| ANGEL BAND | O'BRIEN, TIM | HOWDY SKIES MUSIC | PA0000988281 |
| ANGELS WE HAVE HEARD ON HIGH | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000896003 |
| ANNIE | CROWLEY, J.C. | MIGHTY NICE MUSIC | PA0000143060 |
| ARAB EXTRA DRY | ROBERTS, RIK | CLASHING PLAIDS | PA0001237787 |
| ARE YE ABLE SAID THE MASTER | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000768636 |
| AS IF I DIDN'T KNOW | MILLER, ALAN | TOTO TUNES, WINNING CIRCLE MUSIC INC. | PA0001166565 |
| AS IF WE WOULD NEVER LOVE AGAIN | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000969684 |
| AS LATELY WE WATCHED | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000059149 |
| AS LONG AS THE MEMORY SURVIVES | JONES, DAVID LYNN | MIGHTY NICE MUSIC, SKUNK DEVILLE MUSIC | PA0000774787 |
| ASLEEP IN JESUS | FASCINATO, JACK / FORD, ERNEST | BAYSHORE MUSIC CORPORATION | EU0000416697 |
| AWAY IN A MANGER | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000896004 |
| BACK IN MY BABY'S ARMS | FLYNN, JOHN | FLYING STONE MUSIC, SCRAMBLER MUSIC | PA0001111675 |
| BAD ENOUGH TO CRAWL | ANDERSON, AL | MIGHTY NICE MUSIC | PA0001054277 |
| BALL AND CHAIN | COE, DAVID ALLAN | DAVID ALLAN COE MUSIC | PA0000179635 |
| BARBARA ALLEN | FORD, ERNEST / FASCINATO, JACK | TENNESSEE ERNIE FORD MUSIC, BAYSHORE MUSIC CORPORATION | EU0000568288 |
| BATHTUB SONG | KREKEL, TIM | MIGHTY NICE MUSIC | PA0001090258 |
| BATTLE HYMN OF THE REPUBLIC | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000158937 |
| BE STILL MY SOUL | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000233570 |
| BEAUTIFUL GAME | LIVSEY, BILLY | BILLY LIVSEY MUSIC | PA0001855830 |
| BEAUTIFUL TROUBLE | MACK, WILLIE | WINNING CIRCLE MUSIC, INC. | PA0001815985 |
| BEST THING I EVER FOUND | LIVSEY, BILLY | QUINCE MUSIC LTD. | PAu0003659064 |
| BETTER MAN | MARTIN, CRAIG / SMITH, ROBERT GERALD | MELODY ROUNDUP MUSIC LLC | PA0001681681 |
| BIG ASS GARAGE SALE | ELGERSMA, FRED | CRITTER CITY MUSIC | PA0001134156 |
| BIG PURSE | ROBERTS, RIK | CLASHING PLAIDS | PA0001237787 |

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| Composition Title | Bluewater-Controlled Writer(s) | Bluewater-Controlled Publisher(s) | Copyright Registration # |
| BLACK IS THE COLOR OF MY TRUE LOVE'S HAIR | FORD, ERNEST / FASCINATO, JACK | TENNESSEE ERNIE FORD MUSIC, BAYSHORE MUSIC CORPORATION | EU0000568287 |
| BLEED LIKE THAT | TIMOTHY JON MATTHEWS | CLASHING PLAIDS | PA0001989237 |
| BLESS HER HEART | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000523751 |
| BLOW IT AWAY | KREKEL, TIM | MIGHTY NICE MUSIC | PA0000970333 |
| BLUEBELL | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000767306 |
| BONNIE JEAN | JONES, DAVID LYNN | MIGHTY NICE MUSIC | PA0000342368 |
| BORN IN A HURRICANE | BRADBERRY, GORDON | MIGHTY NICE MUSIC | PA0001032689 |
| BORN WITH THE BLUES | MECKEL, NATHAN | TOTO TUNES | PA0001054291 |
| BRAIN BREAK | SELBY, MONTE / COLLINS, BURTON | STREET SINGER MUSIC, LOOKS LIKE PLAID MUSIC | PA0001679811 |
| BREAK IT OFF CLEAN | MURPHY, JESSICA TARYN | STREET SINGER MUSIC | PA0001151673 |
| BREAK THOU THE BREAD OF LIFE | FASCINATO, JACK / FORD, ERNEST | BAYSHORE MUSIC CORPORATION | EP0000155706 |
| BREAKING HORSES | ROLAND, RICKEY CHAD | MELODY ROUNDUP MUSIC LLC | PA0001808119 |
| BRING A TORCH JEANNETTE ISABELLA | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000591576 |
| BURNT BRIDGE | ELKINS, SUZY | MIGHTY NICE MUSIC | PA0001216015 |
| CALL ME SOMETIME WHEN YOU'VE BEEN DRINKING | DILLINGHAM, CRAIG | TILTAWHIRL MUSIC | PA0001284575 |
| CANADIAN WALTZ | MOODY, CLYDE | DREAM CITY MUSIC | EU0000307703 |
| CAN'T FIND MARY | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000720420 |
| CAN'T UNDO WHAT'S BEEN DONE | RICHEY, KIM | MIGHTY NICE MUSIC | PA0000747516 |
| CHAIN GANG BOOGIE | COE, DAVID ALLAN | DAVID ALLAN COE MUSIC | PA0000179634 |
| CHILDREN GO WHERE I SEND THEE | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000269109 |
| CLOSE TO GONE | GRISSOM, DAVID | STAIRWAY TO ELEVEN MUSIC, TILTAWHIRL MUSIC | PA0001138417 |
| CLUCK OLD HEN | O'BRIEN, TIM | HOWDY SKIES MUSIC | PA0000988284 |
| COME AND GET ME BABY | LEWIS, HUGH X | DREAM CITY MUSIC | PAu0000044442 |
| COME BACK, BABY | KREKEL, TIM | MIGHTY NICE MUSIC | PA0001113457 |
| COME HOLY SPIRIT | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000011154 |
| COME YE THANKFUL PEOPLE | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000233569 |
| CONFESSION | LIVSEY, BILLY | QUINCE MUSIC LTD. | PA0000184041 |
| CONGRATULATIONS | BARLOW, KIMBERLY | MIGHTY NICE MUSIC | PA0001803814 |
| COVER IT UP | BREMNER, BILLY | MIGHTY NICE MUSIC | PA0000970344 |
| COWBOYS AND INDIANS | STANSBERRY, JEFF / ROLAND, RICKEY CHAD | MELODY ROUNDUP MUSIC LLC | PA0001808115 |
| COWBOYS WANT IT | MILLER, ALAN | CLASHING PLAIDS | PA0001610660 |
| CRASH DIET | ARKEEN, AARON WEST | WEST ARKEEN MUSIC | PA0000670176 |
| CROWN HIM WITH MANY CROWNS | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000928248 |
| CRUSH THE DEMONIAC | FLANAGAN, HARLEY FRANCIS / HOLLAND, DOUGLAS ALEC / JOSEPH, JOHN | DREAM CITY MUSIC | PA0000532434 |
| CUM STAINS ON MY PILLOW | COE, DAVID ALLAN | DAVID ALLAN COE MUSIC | PA0000114763 |
| DARBY'S RAM | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000569365 |
| DAY IS DYING IN THE WEST | FASCINATO, JACK / FORD, ERNEST | BAYSHORE MUSIC CORPORATION | EP0000155713 |
| DAYS OF CONFUSION | FLANAGAN, HARLEY FRANCIS | DREAM CITY MUSIC | PA0000532432 |
| DEAR LORD AND FATHER OF MANKIND | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000768634 |
| DEATH CAMPS | FLANAGAN, HARLEY FRANCIS / HINES, PETER | DREAM CITY MUSIC | PA0000532431 |
| DELILAH | REYNOLDS, JOHN | MIGHTY NICE MUSIC | PA0001032721 |
| DING DONG | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000969948 |

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Bluewater-Controlled Writer(s)** | **Bluewater-Controlled Publisher(s)** | **Copyright Registration #** |
| DOGHOUSE JAMBOREE | JOOSSEE, BARBARA / MECKEL, NATHAN | CLASHING PLAIDS | PA0001839333 |
| DON'T BUILD YOUR WORLD AROUND IT | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000767296 |
| DON'T GIVE THE DEVIL A RIDE | SMITH, ROBERT GERALD | MELODY ROUNDUP MUSIC LLC | PAu0003541798 |
| DON'T TRUST ME | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000721421 |
| DRIFTING TOO FAR FROM THE SHORE | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000583596 |
| DROWNING IN LOVE | ALFORD, KEN / ANDERSON, AL | MIGHTY NICE MUSIC | PA0000925628 |
| ECHO | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000767301 |
| EN REKO MAN | KREKEL, TIM | MIGHTY NICE MUSIC | PA0001016204 |
| EVERY SECOND COUNTS | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000767300 |
| EVERYDAY AND EVERY NIGHT | MECKEL, NATHAN | TOTO TUNES | PA0001054289 |
| EVERYTHING ON IT | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000991341 |
| EVERYTHING'S GONNA BE ALRIGHT | KREKEL, TIM | MIGHTY NICE MUSIC | PA0001016195 |
| EVERYTIME | RESWICK, PAMELA | CLASHING PLAIDS | PA0003725114 |
| FAILURE'S A MYTH | MECKEL, NATHAN | CLASHING PLAIDS | PA0001839330 |
| FAITH OF OUR FATHERS | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000979401 |
| FAITHFUL | HAMILTON, NICKLAS / NOVIKOV, SHARON | MIGHTY NICE MUSIC, NICKLAS HAMILTON MUSIC, CRITTER CITY MUSIC, KINK ADOR PUBLISHING | PA0001909223 |
| FALLIN' FAST | RICHEY, KIM | MIGHTY NICE MUSIC | PA0000707333 |
| FELL DOWN IN MEMPHIS | KREKEL, TIM | MIGHTY NICE MUSIC | PA0001113459 |
| FEW ARE CHOSEN | O'BRIEN, TIM | HOWDY SKIES MUSIC | PA0000608997 |
| FIREBALL | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000767299 |
| FORGIVE AND FORGET | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0001076098 |
| FORREST COUNTY LINE | ANDERSON, AL | MIGHTY NICE MUSIC, AL ANDERSONGS | PA0001192494 |
| FREE AT HEART | O'BRIEN, TIM | HOWDY SKIES MUSIC | PA0000797950 |
| FUGITIVE | FLANAGAN, HARLEY FRANCIS | DREAM CITY MUSIC | PA0000532430 |
| FUN GETTING OVER YOU | WILSON, LONNIE | PLAID PAJAMAS MUSIC | PA0001340268 |
| GET A REAL JOB | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000910162 |
| GET GONE | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000847602 |
| GLORY TO HIS NAME | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000805539 |
| GOD BLESS OUR NATIVE LAND | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000233578 |
| GOD REST YE MERRY GENTLEMEN | FORD, ERNEST | TENNESSEE ERNIE FORD MUSIC | EU0000546495 |
| GOD WILL TAKE CARE OF YOU | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000233577 |
| GOODNIGHT COWBOY GOODNIGHT | MALLETTE, WANDA / RYAN, PATTI | SOUTHERN DAYS MUSIC | PA0000105461 |
| GRACE'S SONG | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000721418 |
| GREEN WITH ENVY | BREMNER, BILLY | MIGHTY NICE MUSIC | PA0000970341 |
| HALF PAST YOU | WAY, PATTY | MIGHTY NICE MUSIC | PA0000927424 |
| HARD HEARTED | MOODY, CLYDE | DREAM CITY MUSIC | EP0000070669 |
| HE DON'T CARE ABOUT ME | ROBISON, BRUCE | TILTAWHIRL MUSIC, BRUCE ROBISON MUSIC | PA0000875661 |
| HE IS BORN THE HOLY CHILD | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000059155 |
| HE LEADETH ME | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000805537 |
| HEAD ABOVE WATER | MECKEL, NATHAN | CLASHING PLAIDS | PA0001735667 |
| HEART OF THE HEARTACHE | ANDERSON, AL / RICHEY, KIM | MIGHTY NICE MUSIC, WAIT NO MORE MUSIC, AL ANDERSONGS | PA0001138415 |
| HEAVEN'S FLAME | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000523747 |
| HERE COMES THE NIGHT | JONES, DAVID LYNN | MIGHTY NICE MUSIC | PA0000726837 |
| HERE EVER AFTER | KREKEL, TIM | MIGHTY NICE MUSIC | PA0000970326 |

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Bluewater-Controlled Writer(s)** | **Bluewater-Controlled Publisher(s)** | **Copyright Registration #** |
| HERE WITHOUT YOU | KREKEL, TIM | MIGHTY NICE MUSIC | PA0001016197 |
| HERE'S TO THE RIPOFF | CROSTHWAIT, KEN / LEWIS, HUGH X | DREAM CITY MUSIC | PAu0000663443 |
| HE'S YOUR PROBLEM NOW | LORD, DENNIS | MIGHTY NICE MUSIC | PA0000817535 |
| HIGH HEELS IN THE RAIN | ELGERSMA, FRED | CRITTER CITY MUSIC | PA0001281599 |
| HIGH RIDIN' HEROES | JONES, DAVID LYNN | MIGHTY NICE MUSIC, SKUNK DEVILLE MUSIC | PA0000352255 |
| HIGHER GROUND | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000768632 |
| HIP HOORAY PARADE | JOOSSEE, BARBARA / MECKEL, NATHAN | CLASHING PLAIDS | PA0001839340 |
| HISS ON U | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000847503 |
| HIT ME ON THE LOVESIDE | CROWLEY, J.C. | MIGHTY NICE MUSIC | PA0000151479 |
| HOLD TO GOD'S UNCHANGING HAND | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000582966 |
| HOLD YOUR HORSES | MARTIN, CRAIG | MELODY ROUNDUP MUSIC LLC | PAu0003592134 |
| HOLDIN' OUT FOR YOU | SCHWARTZ, EDDWARD S. | HIGH FRONTIER MUSIC | PA0000305421 |
| HOLY HOLY HOLY | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000142164 |
| HOME SWEET HOME | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000769622 |
| HONKY TONK MYSELF TO DEATH | MILLER, DEAN | MIGHTY NICE MUSIC | PA0001386051 |
| HOW DO YOU SLEEP AT NIGHT? | FRANCIS, MARY | CLASHING PLAIDS | PA0003477956 |
| I CAN'T WAIT THAT LONG | CROWLEY, J.C. | MIGHTY NICE MUSIC | PA0000151472 |
| I GOT A HEART | ANDERSON, AL | MIGHTY NICE MUSIC, AL ANDERSONGS | PA0001093291 |
| I HOPE YOU'RE CRYING TOO | ANNADALE, CATHY / MAYHEW, AUBREY | DREAM CITY MUSIC | EP0000066223 |
| I LOVE THY KINGDOM LORD | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000928252 |
| I MISS MY HOME | COLLINS, BURTON | LOOKS LIKE PLAID MUSIC | PA0001805227 |
| I SEE IT IN YOUR EYES | BREMNER, BILLY | MIGHTY NICE MUSIC | PA0000970340 |
| I STILL LOVE HER MEMORY | HESTER, HUBERT D | DREAM CITY MUSIC | PAu0000087369 |
| I TOLD YOU SO | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000909264 |
| I WONDER WHO'S MISSING YOU NOW | DILLINGHAM, CRAIG | TILTAWHIRL MUSIC | PA0000275530 |
| IF I LIVE LONG ENOUGH | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0001117611 |
| IF YOU LOOK REAL CLOSE | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000767304 |
| IF YOU ONLY KNEW MY HEART | ELLIOT, MARK | MIGHTY NICE MUSIC | PA0001034603 |
| I'LL BE A FRIEND TO JESUS | FORD, ERNEST / LLOYD, MICHAEL | BAYSHORE MUSIC CORPORATION | PA0000296266 |
| I'LL LEAD YOU HOME | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000799201 |
| I'M BARELY HANGIN' ON TO ME | POOVEY, JOE | DREAM CITY MUSIC | EP0000178911 |
| I'M GONNA LOVE THE DEVIL OUT | HOSEY, BURNELL R. / SANDERS, RAY | DREAM CITY MUSIC | PAu0000338408 |
| I'M JUST DREAMIN' | ELGERSMA, FRED | CRITTER CITY MUSIC | PA0000956609 |
| I'M LETTIN' YOU IN | MORRISON, BOB | SOUTHERN DAYS MUSIC | PA0000113512 |
| I'M NOT GONNA DO THAT NOW | LAUDERDALE, JIM | MIGHTY NICE MUSIC | PA0001281612 |
| I'M STILL LEARNING HOW TO CRAWL | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000767303 |
| I'M THE GUILTY ONE | MAYHEW, AUBREY / STUART, CARL | DREAM CITY MUSIC | EP0000078429 |
| IN THE GLOAMING | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000769621 |
| INDIAN SONG | BUCKLEY, ROB / FLANAGAN, HARLEY FRANCIS | DREAM CITY MUSIC | PAu0001686145 |
| IT AIN'T EASY BEIN' SANTA | MECKEL, NATHAN / ROBERTS, RIK | TOTO TUNES | PA0001096645 |
| IT IS WELL WITH MY SOUL | FASCINATO, JACK / FORD, ERNEST | BAYSHORE MUSIC CORPORATION | EP0000155714 |
| IT'S A BLUE THING | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000929072 |
| IT'S A MAN'S JOB | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000896529 |
| IT'S BETTER THIS WAY | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0001093296 |
| IT'S JUST LIKE YOU | LAUDERDALE, JIM / RICHEY, KIM | LAUDERSONGS, MIGHTY NICE MUSIC, WAIT NO MORE MUSIC | PA0000969677 |
| IT'S TIME WHEN IT'S TIME | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000767305 |

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| Composition Title | Bluewater-Controlled Writer(s) | Bluewater-Controlled Publisher(s) | Copyright Registration # |
| I'VE GOT TO LEARN YOUR STYLE | MOSKATEL, JOAN | DREAM CITY MUSIC | EU0000745551 |
| JESUS KEEP ME NEAR THE CROSS | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000416694 |
| JESUS LOVER OF MY SOUL | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000928254 |
| JESUS LOVES ME | FORD, ERNEST | BAYSHORE MUSIC CORPORATION | EP0000139319 |
| JESUS PAID IT ALL | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EP0000155704 |
| JIMMY BUFFETT | COE, DAVID ALLAN | DAVID ALLAN COE MUSIC | PA0000114766 |
| JOIN IN THE DANCE | CROWLEY, J.C. | MIGHTY NICE MUSIC | PA0000014173 |
| JUANITA | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000769625 |
| JUST ABOUT INTERLUDE | LIVSEY, BILLY | BILLY LIVSEY MUSIC | PA0001030010 |
| JUST AS I AM | FASCINATO, JACK / FORD, ERNEST | BAYSHORE MUSIC CORPORATION | EU0000142163 |
| KEEP THIS HOUSE ROCKIN' | BREMNER, BILLY | MIGHTY NICE MUSIC | PA0000970349 |
| KEEP THOSE BIG WHEELS HUMMIN' | COE, DAVID ALLAN | CAPTIVE MUSIC | EU0000453469 |
| LECHA DODI | GOODIS, ALAN | STREET SINGER MUSIC, O'GOODIS INDUSTRIES WORLDWIDE | PA0001981725 |
| LET THE LOWER LIGHTS BE BURNING | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000456316 |
| LIFE'S RAILWAY TO HEAVEN | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000583597 |
| LIGHTNIN'S LOVE | HOPKINS, SAM | DREAM CITY MUSIC | PAu0000338692 |
| LINDA LOVELACE | COE, DAVID ALLAN | DAVID ALLAN COE MUSIC | PA0000114764 |
| LISTEN TO YOUR HEART | LIVSEY, BILLY | QUINCE MUSIC LTD. | PA0000173162 |
| LIVIN' WITH A BROKEN HEART | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000892543 |
| LONELY CHILL | LAUDERDALE, JIM | MIGHTY NICE MUSIC, LAUDERSONGS | PA0000969680 |
| LONG ISLAND ICE TEA | ROBERTS, RIK | CLASHING PLAIDS | PA0001237787 |
| LOST SUNSET | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000969674 |
| LOUD AND LOCO | MACK, WILLIE | CLASHING PLAIDS, WINNING CIRCLE MUSIC INC. | PA0001328339 |
| LOVABYE DRAGON | JOOSSEE, BARBARA | CLASHING PLAIDS | PA0001839340 |
| LOVE DON'T HIDE FROM ME | LEWIS, HUGH X | DREAM CITY MUSIC | PAu0000338699 |
| LOVE IS WHERE YOU FIND IT | CROWLEY, J.C. | MIGHTY NICE MUSIC | PA0000015624 |
| LOVE ME, LOVE ME NOT | O'BRIEN, TIM | HOWDY SKIES MUSIC | PA0000895617 |
| LOVE NEVER COMES EASY | MACRAE, FRED / MORRISON, BOB | SOUTHERN DAYS MUSIC | PA0000125146 |
| LOVE TORNADO | COLLINS, BURTON | LOOKS LIKE PLAID MUSIC | PA0001340265 |
| LOVE WILL BE LOVE | ANDERSON, AL | BASH MUSIC | PA0000947991 |
| LOVE'S LIKE A TRAIN | ANDERSON, AL | MIGHTY NICE MUSIC, AL ANDERSONGS | PA0001060800 |
| LUCKY IN LOVE | SMITH, ROBERT GERALD | MELODY ROUNDUP MUSIC LLC | PA0001808113 |
| MAGIC IN THE BAND | DILLINGHAM, CRAIG | TILTAWHIRL MUSIC | PA0001284574 |
| MAKE A MOVE ON ME | CROWLEY, J.C. | MIGHTY NICE MUSIC | PA0000873035 |
| MAKE YOU BELIEVE IN ME | WAYLAND, RICH | STREET SINGER MUSIC, JOYOUS JINGLES INC. | PA0001138419 |
| MANANA | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000927063 |
| MASTER BATION BLUES | COE, DAVID ALLAN | DAVID ALLAN COE MUSIC | PA0000114770 |
| MATTER OF LOVE | MEDIC, DAMON | TOTO TUNES | PA0000865864 |
| MIDNIGHT IN MEMPHIS | HULLETT, BILL | MIGHTY NICE MUSIC | PA0000933954 |
| MIGHTY FORTRESS IS OUR GOD | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000768629 |
| MISSING THE KID | COE, DAVID ALLAN | DAVID ALLAN COE MUSIC | PA0000185417 |
| MORE LOVE TO THEE O CHRIST | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000011156 |
| MORE NIGHTS | BREEDLOVE, PAULA / MORRISON, BOB | SOUTHERN DAYS MUSIC | PA0000143952 |
| MOTHER SLEEPS IN A LONELY GRAVE | HANKINS, ESCO | DREAM CITY MUSIC | EU0000800668 |
| MOVE YOUR BODY | MECKEL, NATHAN | CLASHING PLAIDS | PA0001839330 |

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Bluewater-Controlled Writer(s)** | **Bluewater-Controlled Publisher(s)** | **Copyright Registration #** |
| MUST JESUS BEAR THE CROSS ALONE | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000768628 |
| MY BACK YARD | JOOSSEE, BARBARA / MECKEL, NATHAN | CLASHING PLAIDS | PA0001839333 |
| MY FAITH LOOKS UP TO THEE | FASCINATO, JACK / FORD, ERNEST | BAYSHORE MUSIC CORPORATION | EP0000155715 |
| MY FAVORITE SIN | LEWIS, HUGH X | DREAM CITY MUSIC | PAu0000044428 |
| MY GUARDIAN ANGEL | KREKEL, TIM | MIGHTY NICE MUSIC | PA0000970328 |
| MY HEART KEEPS WALKING | HOTCHKISS, PAUL | STREET SINGER MUSIC | PA0000311845 |
| MY LAST REQUEST | LAUDERDALE, JIM | MIGHTY NICE MUSIC | PA0000523755 |
| MY NAME IS AMY | STANSBERRY, JEFF | MELODY ROUNDUP MUSIC LLC | PA0001808111 |
| NIGHT BEFORE CHRISTMAS | IRVIN, TIMOTHY / MARTINEZ, ERNEST | ASH STREET PUBLISHING, 25 NORTH PUBLISHING | PA0001023529 |
| NIGHT HERDING SONG | FORD, ERNEST / FASCINATO, JACK | TENNESSEE ERNIE FORD MUSIC, BAYSHORE MUSIC CORPORATION | EU0000568285 |
| NO WAY AT ALL | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000927066 |
| NOTHING SACRED | COE, DAVID ALLAN | DAVID ALLAN COE MUSIC | PA0000114761 |
| NOWHERE | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000991339 |
| O COME ANGEL BAND | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000582969 |
| O GOD OUR HELP IN AGES PAST | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000873736 |
| O LOVE THAT WILT NOT LET ME | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000973734 |
| O WORSHIP THE KING | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000768631 |
| ON YOUR ARM | SANDERS, BLU | TILTAWHIRL MUSIC | PA0001642758 |
| ONCE BEFORE I DIE | LEWIS, HUGH X | DREAM CITY MUSIC | PAu0000175482 |
| ONE BY ONE | HULLETT, BILL | MIGHTY NICE MUSIC | PA0000933955 |
| ONE HEART TOWN | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000927073 |
| ONE LESS LONELY NIGHT | BREEDLOVE, PAULA / MACRAE, FRED / MORRISON, BOB | SOUTHERN DAYS MUSIC | PA0000186294 |
| ONE NIGHT FEVER | MACRAE, FRED / MORRISON, BOB | SOUTHERN DAYS MUSIC | PA0000092246 |
| ONLY ONE | ROBISON, BRUCE | BRUCE ROBISON MUSIC, TILTAWHIRL MUSIC | PA0000975879 |
| OUR FATHER'S SON | JONES, DAVID LYNN | MIGHTY NICE MUSIC, SKUNK DEVILLE MUSIC | PA0000471408 |
| PASS ME NOT | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000979400 |
| PATCH OF BLUE | LIVSEY, BILLY | QUINCE MUSIC LTD. | PA0000230069 |
| PLAYING WITH THE BOYS | LIVSEY, BILLY | QUINCE MUSIC LTD. | PA0000342845 |
| PRETTY CLOSE TO THE TRUTH | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000721423 |
| PRETTY LITTLE PINK | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000569847 |
| RAMBLIN YODELER | CARLISLE, CLIFF | DREAM CITY MUSIC | EU0000800664 |
| READY TO RAMBLE | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000767302 |
| REDNECK VAN | KREKEL, TIM | MIGHTY NICE MUSIC | PA0001016204 |
| RIDE EM TIL I DIE | CARLISLE, CLIFF | DREAM CITY MUSIC | EU0000800657 |
| RIDE, RIDE, RIDE | ANDERSON, AL | MIGHTY NICE MUSIC | PA0001281611 |
| ROGER MILLER TIME | ROLAND, RICKEY CHAD | MELODY ROUNDUP MUSIC LLC | PA0001808105 |
| ROOM IN MY HEART | MILLER, DEAN | MIGHTY NICE MUSIC | PA0001084252 |
| RUN BABY RUN | CARUSOE, SCOOTER | SCRAMBLER MUSIC | PA0001766017 |
| RUN LIKE YOU | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000721419 |
| SECOND COMING | HEMBY, NATALIE | TILTAWHIRL MUSIC | PA0001811478 |
| SEEKERS OF THE TRUTH | FLANAGAN, HARLEY FRANCIS / JOSEPH, JOHN | DREAM CITY MUSIC | PA0000532444 |
| SHAGGY DOG | CARLISLE, CLIFF | DREAM CITY MUSIC | EU0000800659 |
| SHE MET ME | ISBELL, REID | TILTAWHIRL MUSIC | PA0003711101 |

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| Composition Title | Bluewater-Controlled Writer(s) | Bluewater-Controlled Publisher(s) | Copyright Registration # |
| SHE'LL BE BREAKING SOMEONE'S HEART IN SAN ANTONIO | DILLINGHAM, CRAIG | TILTAWHIRL MUSIC | PA0001211980 |
| SHENANDOAH | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000272966 |
| SHE'S GOT A LOT ON HER HEART | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000927075 |
| SHY GUY | KREKEL, TIM | MIGHTY NICE MUSIC | PA0000892542 |
| SILENT NIGHT | FORD, ERNEST | TENNESSEE ERNIE FORD MUSIC | EU0000546491 |
| SILVER THREADS AMONG THE GOLD | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000769631 |
| SINCE COUNTRY STARTED ROCKIN' | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000871144 |
| SLOW JAM | BUCKLEY, ROB / FLANAGAN, HARLEY FRANCIS | DREAM CITY MUSIC | PAu0001686147 |
| SMALL TOWN LOVE | MORRISON, BOB | SOUTHERN DAYS MUSIC | PA0001760902 |
| SO LONG | MAYHEW, AUBREY / RAINWATER, MARVIN | DREAM CITY MUSIC | EU0000291470 |
| SOLID ROCK | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000979394 |
| SOME LOVE SONGS NEVER DIE | MORRISON, BOB / MACRAE, FRED | SOUTHERN DAYS MUSIC | PA0000077030 |
| SOMEONE MUST BE MISSIN' YOU TONIGHT | BREEDLOVE, PAULA / MACRAE, FRED / MORRISON, BOB | SOUTHERN DAYS MUSIC | PA0000240069 |
| SOMEONE WHO | MEDIC, DAMON | TOTO TUNES | PA0001149667 |
| SOMETHING HE'LL HAVE TO LEARN | ADAMS, ARNIE / MAYHEW, AUBREY / PAYCHECK, JOHNNY | DREAM CITY MUSIC | PAu0000089975 |
| SOMETHING I CAN DO WITHOUT | MARTIN, AMANDA | MELODY ROUNDUP MUSIC LLC | PA0001811476 |
| SOMEWHERE BETWEEN MY HEART AND GUITAR STRINGS | DILLINGHAM, CRAIG | TILTAWHIRL MUSIC | PA0001284577 |
| STAND UP FOR LOVE | ANDERSON, AL | MIGHTY NICE MUSIC, AL ANDERSONGS | PA0001054063 |
| STANDING WHERE HE FELL | SMITH, ROBERT GERALD | MELODY ROUNDUP MUSIC LLC | PA0001749283 |
| STAR SPANGLED BANNER | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000158940 |
| STILL SMILIN' | LITTLE, HEATHER | TILTAWHIRL MUSIC | PA0001753844 |
| SUFFER FOR MY HEART | ANDERSON, AL | MIGHTY NICE MUSIC, AL ANDERSONGS | PA0001281597 |
| SUNSHINE BABY | WOOD, CARTER / KREKEL, TIM | SCRAMBLER MUSIC, MIGHTY NICE MUSIC, GYPSY VILLAGE MUSIC | PA0001113451 |
| SWEABURG GENERAL STORE | ELGERSMA, FRED | CRITTER CITY MUSIC | PA0000956610 |
| SWEET AND LOW | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000769630 |
| SWING LOW SWEET CHARIOT | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EP0000144203 |
| TABOO | MILLER, ALAN | CLASHING PLAIDS, WINNING CIRCLE MUSIC INC. | PA0001814576 |
| TAIL FEATHERS | PARKER JR, CHARLES | DREAM CITY MUSIC, CHARLIE PARKER MUSIC | EU0000656873 |
| TAKE ME DOWN | ROBISON, BRUCE | BRUCE ROBISON MUSIC, TILTAWHIRL MUSIC | PA0001779599 |
| TAKE MY LIFE AND LET IT BE | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000152342 |
| TALKING TEARDROPS | POLK, TOMMY / LAUDERDALE, JIM | MIGHTY NICE MUSIC, LAUDERSONGS | PA0001084253 |
| TELL ME THE OLD OLD STORY | FASCINATO, JACK / FORD, ERNEST | BAYSHORE MUSIC CORPORATION | PA0000094484 |
| THAT BOY SURE CAN JUMP A TRAIN | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000927068 |
| THAT DOES IT | IRWIN, MARK | SCRAMBLER MUSIC | PA0001920034 |
| THAT'S WHAT I'M AFRAID OF | WOOD, CARTER | SCRAMBLER MUSIC | PAu0002368999 |
| THE CRADLE SONG | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000769624 |
| THE GIRL'S IN LOVE | ANDERSON, AL | MIGHTY NICE MUSIC | PA0001014738 |
| THE HEART IS A GAMBLER | MORRISON, BOB / HUGHES, MICHAEL | SOUTHERN DAYS MUSIC | PA0000590388 |
| THE HOME OVER THERE | FASCINATO, JACK / FORD, ERNEST | BAYSHORE MUSIC CORPORATION | EU0000608483 |
| THE KEY | SCHWARTZ, EDDWARD S. | HIGH FRONTIER MUSIC | PA0000305422 |
| THE LATE AND GREAT ME | POOVEY, JOE | DREAM CITY MUSIC | EP0000194746 |

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Bluewater-Controlled Writer(s)** | **Bluewater-Controlled Publisher(s)** | **Copyright Registration #** |
| THE LOOK OF A WOMAN IN LOVE | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000966687 |
| THE MAN I AM | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000991399 |
| THE MINDLESS SIDE OF TOWN | ELGERSMA, FRED | CRITTER CITY MUSIC | PA0000956617 |
| THE NIGHT WE NEVER MET | ANDERSON, AL / TATE, SAM / WRIGHT, KATHLEEN | MIGHTY NICE MUSIC, CRITTER CITY MUSIC | PA0001054770 |
| THE OLD OAKEN BUCKET | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000769626 |
| THE ONE THAT DIDN'T GET AWAY | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000969682 |
| THE ONES LEFT BEHIND | WILLIAMS, LONNIE | PLAID PAJAMAS MUSIC | PA0001233503 |
| THE ONLY ONE | FLANAGAN, HARLEY FRANCIS / MAYHEW, PARRIS | DREAM CITY MUSIC, PARRIS MAYHEW PUBLISHING | PA0000532433 |
| THE THINGS YOU LOSE IN LOVE | HEMBY, NATALIE / HOOD, ADAM / LITTLE, HEATHER | TILTAWHIRL MUSIC | PA0001811479 |
| THE WAY I FELL FOR YOU | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000928437 |
| THERE HE GOES | VARONE, JOSEPH J | DREAM CITY MUSIC | EU0000733148 |
| THERE IS A FOUNTAIN | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000142165 |
| THINGS THAT LOVERS DO | LEWIS, HUGH X | DREAM CITY MUSIC | PAu0000037879 |
| THINKIN' OUT LOUD | ANDERSON, AL | MIGHTY NICE MUSIC | PA0000927074 |
| THIS IS MY FATHER'S WORLD | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000873733 |
| THIS IS THE BIG TIME | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000721414 |
| THIS THING | HOOD, ADAM | TILTAWHIRL MUSIC | PA0001783903 |
| THREE BIGGEST LIES | COE, DAVID ALLAN | DAVID ALLAN COE MUSIC | PA0000114767 |
| THREE WAY CONVERSATION | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000721422 |
| TOO SAD FOR LAUGHIN' | MORRISON, BOB | SOUTHERN DAYS MUSIC | PA0000061601 |
| TOUTE LA NUIT | CROWLEY, J.C. | MIGHTY NICE MUSIC | PA0000350385 |
| TRUST | LAUDERDALE, JIM | MIGHTY NICE MUSIC | PA0000969675 |
| TRY NOT TO BE SO LONELY | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0001093295 |
| TWELVE DAYS OF CHRISTMAS | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000896008 |
| UNCLOUDED DAY | FASCINATO, JACK / FORD, ERNEST | BAYSHORE MUSIC CORPORATION | PA0000255465 |
| UNDERSTANDING EVERYTHING | LAUDERDALE, JIM | MIGHTY NICE MUSIC | PA0000969683 |
| UNNATURAL | KREKEL, TIM | MIGHTY NICE MUSIC | PA0000970336 |
| UP ON A HOUSE TOP | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000276317 |
| UP TO NO GOOD | HEMBY, NATALIE | TILTAWHIRL MUSIC | PA0001800178 |
| USED TO BE YOUR SUNSHINE | HOOD, ADAM | TILTAWHIRL MUSIC | PA0001783900 |
| WALKING PAPERS | HULLETT, BILL | MIGHTY NICE MUSIC | PA0000933958 |
| WATCH THE STARS COME OUT | ANDERSON, AL | BASH MUSIC | PA0001030733 |
| WAVE THE OCEAN, WAVE THE SEA | O'BRIEN, TIM | HOWDY SKIES MUSIC | PA0001839966 |
| WE GATHER TOGETHER | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000768630 |
| WE'RE MARCHING TO ZION | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000805533 |
| WHAT CAN I DO | LEWIS, HUGH X | DREAM CITY MUSIC | PAu0000087374 |
| WHAT I WOULD DO | LANDON, CHRIS / MURPHY, JESSICA TARYN | STREET SINGER MUSIC | PA0001151674 |
| WHAT IN THE WORLD | MECKEL, NATHAN | CLASHING PLAIDS | PA0001839330 |
| WHAT YOU GONNA DO WITH THAT BEAUTIFUL BODY | MALLETTE, WANDA / MORRISON, BOB / RYAN, PATTI | SOUTHERN DAYS MUSIC | PA0000260766 |
| WHAT YOU MEANT | COPELAND, DREW | TILTAWHIRL MUSIC | PA0001911823 |
| WHEN THE LIGHT IS GONE | HUGHES, JEDD MICHAEL | BAMBATOWN PUBLISHING, TILTAWHIRL MUSIC | PA0001811477 |
| WHEN YOU AND I WERE YOUNG MAGGIE | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000769629 |

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Bluewater-Controlled Writer(s)** | **Bluewater-Controlled Publisher(s)** | **Copyright Registration #** |
| WHILE SHEPHERDS WATCHED THEIR FLOCKS | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000059152 |
| WHIPS AND THINGS | COE, DAVID ALLAN | DAVID ALLAN COE MUSIC | PA0000114768 |
| WHITER THAN SNOW | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000768639 |
| WILD GIRLS | ANDERSON, AL / ALFORD, KEN | MIGHTY NICE MUSIC | PA0000991338 |
| WITHOUT YOU HERE, IT'S NOT THE SAME | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000799196 |
| WONDERFUL PEACE | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000928249 |
| WONDROUS LOVE | FASCINATO, JACK | BAYSHORE MUSIC CORPORATION | EU0000582968 |
| YES HE'S GONE | MOSKATEL, JOAN | DREAM CITY MUSIC | EP0000175210 |
| YESTERDAY'S NEWS | BRADBERRY, GORDON | MIGHTY NICE MUSIC | PA0001032688 |
| YOU KNOW IT'S TRUE | FLANAGAN, HARLEY FRANCIS / MAYHEW, PARRIS | DREAM CITY MUSIC | PAu0001662396 |
| YOU SMILE | SMITH, ROBERT GERALD | MELODY ROUNDUP MUSIC LLC | PA0001681688 |
| YOU WERE THERE | MACRAE, FRED / MORRISON, BOB | SOUTHERN DAYS MUSIC | PA0000116824 |
| YOU'RE TEMPTING ME | LAUDERDALE, JIM | LAUDERSONGS, MIGHTY NICE MUSIC | PA0000799199 |